**EATON CORPORATION,**
**Plaintiff–Appellee,**

v.

**UNITED STATES, Department of Homeland Security, and Customs and Border Protection, Defendants–Appellants,**

**and**

**Arvinmeritor, Inc., Defendant–Appellant,**

**and**

**International Trade Commission, Defendant–Appellee.**

**Nos. 2005–1565, 2006–1018.**

United States Court of Appeals, Federal Circuit.

June 13, 2006.

### *ORDER*

Upon consideration of the appellants' unopposed motion to voluntarily dismiss these appeals, from the judgment of the Court of International Trade in CIT case no. 05–00487,

IT IS ORDERED THAT:

Thermon **MOORE, Claimant–Appellee,**

v.

**R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellant.**

**No. 2005–7040.**

United States Court of Appeals, Federal Circuit.

June 13, 2006.

### *ORDER*

Upon consideration of the Secretary of Veterans Affairs' unopposed motion to voluntarily dismiss his appeal from the judgment in Court of Appeals for Veterans Claims case no. 01–1358,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.